FILED 13 MAY '26 12:52USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-___00149-AB_____ |
| v. | **INDICTMENT** |
| DARRYL SCOTT ESPELAND, | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | |
| | **Forfeiture Allegations** |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Possession with Intent to Distribute Fentanyl)
(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))

On or about December 12, 2025, in the District of Oregon, defendant **DARRYL SCOTT ESPELAND** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

///

**Indictment**                                                                                           **Page 1**

### COUNT 2
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))

On or about December 12, 2025, in the District of Oregon, defendant **DARRYL SCOTT ESPELAND** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The Grand Jury further charges that this violation involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Offense
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about December 12, 2025, in the District of Oregon, defendant **DARRYL SCOTT ESPELAND** knowingly and intentionally possessed a firearm, to wit: a Glock 48 9mm black firearm, serial number BPZX422, in furtherance of a drug trafficking crime that may be charged in a court of the United States, namely the offenses charged in Counts One and Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FIRST FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One or Two of this Indictment, defendant **DARRYL SCOTT ESPELAND** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any of the violations alleged the offenses set forth in Counts One or Two of this Indictment.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count Three of this Indictment, defendant

**DARRYL SCOTT ESPELAND** shall forfeit to the United States pursuant to Title 18, United

States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and

ammunition involved in that offense, including without limitation:

- One Glock 48 9mm black firearm, with serial number BPZX422

- One Glock 9 mm magazine

- Miscellaneous ammunition

Dated: May **13**, 2026                                     A TRUE BILL.


OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney


CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney


MEGGIE KIRCHNER, OSB #213479
Special Assistant United States Attorney

Indictment                                                                 Page 3